# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWMAN ANDREWS,<br><br>  Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br><br>  Defendant. | Case No.17-cv-03010-JSC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Newman Andrews filed filed this lawsuit seeking judicial review of the final decision by the Commissioner of Social Security ("Commissioner") denying his benefits claim pursuant to 42 U.S.C. § 405(g). The Court has previously granted Plaintiff three extensions of time to file his motion for summary judgment, most recently granting Plaintiff until May 28, 2018 to file his motion for summary judgment. (Dkt. Nos. 13, 15, 17.) However, Plaintiff neither filed his motion for summary judgment by this date nor sought an additional extension of time to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute. **Plaintiff's written response to this Order to Show Cause and his motion for summary judgment are due August 22, 2018.** If Plaintiff fails to respond to this Order, this action may be dismissed without further notice. *See* Fed. R. Civ. P. 41(b). Plaintiff's counsel shall serve Plaintiff with a copy of this Order and file proof of service of the same within three days.

**IT IS SO ORDERED.**

Dated: July 31, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge